```
1   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
2   Todd M. Friedman, Esq. (SBN: 216752)
    tfriedman@attorneysforconsumers.com
3   324 S. Beverly Dr., #725
4   Beverly Hills, CA 90212
    Telephone: (877) 206-4741
5   Facsimile: (866) 633-0228
6   Attorney for Plaintiff
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANISH RENZU**, | ) Case No. 2:15-cv-03802-CAS-AGR |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| **BARCLAYS BANK DELAWARE,** | ) |
| Defendant. | ) |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 23rd day of September, 2015.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 23rd day of September, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Christina A. Snyder
United States District Court
Central District of California


Jason S Yoo
Yu | Mohandesi LLP

Behzad Ben Mohandesi
Yu Mohandesi LLP


This 23rd day of September, 2015.

s/Todd M. Friedman
Todd M. Friedman