# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANISH RENZU,** | Case No. 2:15-cv-03802-CAS-AGR |
| Plaintiff, | **ORDER** |
| vs. | |
| **BARCLAYS BANK DELAWARE,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated: November 12, 2015

_____
The Honorable Christina A. Snyder